LITIGAIDE, INC. *v.* CUSTODIAN OF RECORDS FOR
LAKEWOOD POLICE DEPARTMENT.

[Cite as *Litigaide, Inc. v. Custodian of Records for Lakewood
Police Dept.* (1996), 75 Ohio St.3d 508.]

(No. 95–2002—Submitted April 15, 1996—Decided May 29, 1996.)

*Debra J. Dixon,* for relator.

*Calfee, Halter & Griswold, Albert J. Lucas* and *Stanley J. Dobrowski;* and
*Michael E. Murman,* Lakewood Director of Law, for respondent.

*Per Curiam.* Litigaide's action is subject to dismissal for the following
reasons. Litigaide failed to comply with R.C. 2731.04 because its complaint was
not brought in the name of the state on relation of Litigaide. Respondent raised
this objection in its answer and brief on the merits, but Litigaide failed to seek
leave to amend its complaint to comply with R.C. 2731.04. Therefore, Litigaide's
mandamus action must be dismissed. See *State ex rel. Huntington Ins. Agency,
Inc. v. Duryee* (1995), 73 Ohio St.3d 530, 532–533, 653 N.E.2d 349, 352–353;
Civ.R. 17(A); *Maloney v. Sacks* (1962), 173 Ohio St. 237, 238, 19 O.O.2d 51, 52,
181 N.E.2d 268, 269.

In addition, to the extent that Litigaide requests injunctive relief, its claim
must be dismissed for lack of jurisdiction. *State ex rel. Governor v. Taft* (1994),
71 Ohio St.3d 1, 3, 640 N.E.2d 1136, 1137–1138.

Accordingly, the cause is dismissed, and Litigaide's request for attorney fees is denied.

*Cause dismissed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.